UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK TRAMMELL,

                                  Plaintiff,

                 -against-

BESTBUY (CITIBANK),

                                  Defendant.

26-CV-2244 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated March 20, 2026, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP") or pay the fees required to file a civil action in this court, and to submit a signed copy of the signature page of the complaint. (ECF 3.) That order specified that failure to comply would result in dismissal of the complaint. On April 22, 2026, Plaintiff filed an IFP application in the name of the "Frank Trammell Revocable Trust" that is unsigned and includes no information about his financial circumstances. (ECF 4.) Plaintiff has not submitted a signed copy of the signature page of the complaint. Because Plaintiff has not filed a completed and signed IFP application or a signed copy of the complaint, the Court dismisses the complaint without prejudice. *See* 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 11(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:    May 14, 2026
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge